**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON BUTLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:20-cv-00846-SAB<br><br>ORDER RE STIPULATION TO AWARD ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 17) |

On February 3, 2021, the parties filed a stipulation to award attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and no costs are awarded under 28 U.S.C. § 1920.

Accordingly, IT IS HEREBY ORDERED that fees and expenses in the amount of $1,400.00 as authorized by 28 U.S.C. § 2412, are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **February 3, 2021**

UNITED STATES MAGISTRATE JUDGE